# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Dale Robin Miller
Louisiana State Penitentiary DOC No. 479248
Camp D, Eagle 3
Angola LA 70712

**REHEARING ACTION: March 30, 2016**

**Docket Number: 15   00842-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DALE ROBIN MILLER**

**Writ Application from Lafayette Parish Case No. 92141**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Billy Howard Ezell**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dale Robin Miller** has this day been

> **DENIED.**

cc: Keith A. Stutes, Counsel for  the Respondent